| | | |
|---|---|---|
| **Fill in this Information to identify the case:** | | |
| Debtor 1 | _____ Nehme G. Chakhtoura_____ | FILED |
| | First Name    Middle Name    Last Name | JACKSONVILLE, FLORIDA |
| Debtor 2 | _____Candice S. Chakhtoura_____ | |
| (Spouse, if filing) First Name    Middle Name    Last Name | | APR 2 9 2022 |
| United States Bankruptcy Court for the: MIDDLE District of FLORIDA (Jacksonville) | | CLERK, U.S. BANKRUPTCY COURT |
| | (State) | MIDDLE DISTRICT OF FLORIDA |
| Case number: 3:14-bk-02668-JAF | | |

**Form 1340 (12/19)**

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $1,106.34 |
| Claimant's Name: | **Nationstar Mortgage LLC dba Mr. Cooper** |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | **2780 Lake Vista Drive**<br>**Lewisville, TX 75067-**<br>**Francine.miller@mrcooper.com-**<br>**972 894-0319** |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

X     Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g., attorney or unclaimed funds locator*).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

X     Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same. [3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

X   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__MIDDLE__ District of __FLORIDA__
Attention: Civil Procedures Clerk, 400 N. Tampa St., Suite 3200, Tampa, FL 33602

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _April 27, 2022_

_Francine Miller_
Signature of Applicant

**Francine Miller**_____ Printed
Name of Applicant

Address:
C/O Nationstar Mortgage LLC dba Mr. Cooper
2780 Lake Vista Drive
Lewisville, TX 7506

Telephone:   972 894-0319

Email:
**Francine.miller@mrcooper.com**

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

---

**6. Notarization**
STATE OF _Texas_
COUNTY OF _Denton_

This Application for Unclaimed Funds, dated _4/27/22_ was subscribed and sworn to before me this ___

_27th_ day of _April_ 20_22_ by _Francine Miller_ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _Holly Webb_
HOLLY WEBB
Notary Public, State of Texas
Comm. Expires 05-24-2023
Notary ID 130235645

My commission expires: _5/24/23_

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before

me this ___ day of _____, 20___ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: _____