Fill in this Information to identify the case:

| | |
|---|---|
| Debtor 1 | _____ Nehme G. Chakhtoura _____ |
| | First Name    Middle Name    Last Name |
| Debtor 2 | _____ Candice S. Chakhtoura _____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: MIDDLE District of FLORIDA (Jacksonville)
(State)

Case number: 3:14-bk-02668-JAF

FILED
JACKSONVILLE, FLORIDA

JUN - 9 2022

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

---

**Form 1340 (12/19)**

**APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

**1. Claim Information**

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,106.34 |
|---|---|
| Claimant's Name: | Nationstar Mortgage LLC dba Mr. Cooper as the servicing agent for Federal National Mortgage Association |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | **2780 Lake Vista Drive Lewisville, TX 75067- Francine.miller@mrcooper.com- 972 894-0319** |

**2. Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

X    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

**3. Supporting Documentation**

X    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same. [3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

X   Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
__MIDDLE__ District of __FLORIDA__
Attention: Civil Procedures Clerk, 400 N. Tampa St., Suite 3200, Tampa, FL 33602

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _June 8, 2022_

_Francine Miller_
Signature of Applicant

**Francine Miller** _____ Printed
Name of Applicant

Address:
**C/O Nationstar Mortgage LLC dba Mr. Cooper
2780 Lake Vista Drive
Lewisville, TX 7506**

Telephone:   **972 894-0319**

Email:
__Francine.miller@mrcooper.com__

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

### 6. Notarization

STATE OF __Texas__

COUNTY OF __Denton__

This Application for Unclaimed Funds, dated _6/8/22_ was subscribed and sworn to before me this

_8th_ day of _June_, 2022 by _Francine Miller_

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _Holly Webb_

My commission expires: _5/21/23_

HOLLY WEBB
Notary Public, State of Texas
Comm. Expires 05-21-2023
Notary ID 130235645

### 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before

me this _____ day of _____, 20____ by

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires: _____

Form 1340 　　　　　　　　Application for Payment of Unclaimed Funds 　　　　　　　　Page 2