**[Doaauf]** [District Order Approving Application for Payment Unclaimed Funds]

ORDERED.

Dated: June 22, 2022

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:  Case No. 3:14–bk–02668–JAF
Chapter 13

Nehme G. Chakhtoura

Candice S. Chakhtoura

_____Debtor*_____/

### ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (Document No. 115) (the "Application"). The Application was filed on June 9, 2022 by Nationstar Mortgage LLC dba Mr. Cooper successor in interest to Federal National Mortgage Association. Having verified that the sum of $ 1,106.34 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Application should be approved. Accordingly, it is

**ORDERED:**

1. The Application is Approved.

2. After 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 1,106.34 to:

Nationstar Mortgage LLC dba Mr. Cooper
2780 Lake Vista Drive
Lewisville, TX 75067

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.